PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**            ) | |
| )                                        | |
| vs.        )                             | **Docket Number:  1:97CR05190-02 AWI** |
| )                                        | |
| **ROLANDA RIGOR SAGMAQUEN**    ) | |
| )                                        | |

On April 5, 1999, the above-named was placed on supervised release (TSR) for a period of 5 years after being convicted of Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine.  The offender was sentenced to 94 months custody of the Bureau of Prisons (BOP).  On May 7, 2004, the offender was released on TSR and has been supervised by the Fresno Office since that time.  The offender is a 76 year old women who has battled mental health issues since at least 1989.  While on supervised release, the offender has generally complied with the rules and regulations of supervision.  She has satisfied her $100 special assessment, and has always participated in her required mental health counseling.  Therefore, it is  recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Scott J. Waters

**Scott J. Waters
Senior United States Probation Officer**

Dated:         January 9, 2008
               Fresno, California


**REVIEWED BY:**      /s/ Bruce A. Vasquez
                     **Bruce A. Vasquez
                     Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

Re: **ROLANDA RIGOR SAGMAQUEN**
   **Docket Number:   1:97CR05190-02 AWI**
   **ORDER TERMINATING PROBATION**
   **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.


IT IS SO ORDERED.

**Dated:   January 24, 2008**              **/s/ Anthony W. Ishii**
                         UNITED STATES DISTRICT JUDGE

Rev. 03/2005
PROB35.MRG